1  PHILLIP A. TALBERT
   Acting United States Attorney
2  AUDREY B. HEMSATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Defendants

6                        IN THE UNITED STATES DISTRICT COURT

7                        EASTERN DISTRICT OF CALIFORNIA

8

9  BUSHRA KHAN                              CASE NO. 2:16-CV-751 WBS
   MUHAMMAD SAEED,
10                                          **STIPULATION AND [PROPOSED] ORDER RE:
                       Plaintiffs,          DISMISSAL**
11
            v.
12
   JOHN KERRY, ET AL.,
13
                       Defendants.
14

15     Plaintiff's immigrant visa application has been adjudicated, and the parties stipulate to the

16  dismissal of this action in its entirety, each side to bear its own costs of litigation.

17

18  Dated: June 6, 2016                     Respectfully submitted,

19                                          BENJAMIN B. WAGNER
20                                          United States Attorney

21
                                             /s/ Audrey B. Hemesath
22                                          AUDREY B. HEMESATH
                                            Assistant United States Attorney
23

24                                          /s/ Ruby Lieberman
                                            RUBY LIEBERMAN
25                                          Attorney for Plaintiff Bushra Khan, Muhammad Saeed

26

27

28

                                                  1

**ORDER**

It is so ordered.

Dated: June 7, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE